**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Colleen A Davis |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District of Virginia |
| Case number | 19-74558-SCS |

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust

**Last 4 digits** of any number you use to identify the debtor's account:  2049

**Court claim no**. (if known): 26

**Date of payment change:**
Must be at least 21 days after date of this notice:  07/01/2021

**New total payment:**  $ 913.08
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No

   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 115.05     New escrow payment: $ 118.35

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☒ No

   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %     New interest rate: _____ %

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☒ No

   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

Debtor 1 ___Colleen A Davis___  Case number (if known) __19-74558-SCS__
First Name  Middle Name  Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ ___/s/ Keith Yacko___  Date __06/08/2021__
Signature

Print: ___Keith Yacko___  Title __Attorney for Creditor__
       First Name  Middle Name  Last Name

Company: ___McMichael Taylor Gray, LLC___

Address: ___3550 Engineering Drive, Suite 260___
         Number  Street
         ___Peachtree Corners, GA 30092___
         City  State  ZIP Code

Contact phone ___(470) 289-4347___  Email __kyacko@mtglaw.com__

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the **NOTICE OF MORTGAGE PAYMENT CHANGE** in the above captioned case was this day served upon the below named persons by mailing, postage prepaid, first class mail or by electronic service copy of such instrument to each person, party, and/or counsel at the addresses shown below:

**Via U.S. Mail**
Colleen A Davis
6536 Pugh Street
Norfolk, VA 23513


**Via CM/ECF electronic service:**
Christian D. DeGuzman
DeGuzman Law PLLC
JANAF Office Building
5900 E Virginia Beach Blvd
Suite 507
Nofolk, VA 23502

Michael P. Cotter
Chapter 13 Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320


Dated: June 8, 2021

    Respectfully submitted,
    /s/ Keith Yacko
    Keith Yacko, Virginia Bar No. 37854
    McMichael Taylor Gray, LLC
    3550 Engineering Drive, Suite 260
    Peachtree Corners, GA 30092
    Telephone: (470) 289-4347
    Facsimile: (404) 745-8121
    E-mail: kyacko@mtglaw.com

VA2021-00505

**SN SERVICING CORPORATION**
323 FIFTH STREET
EUREKA CA  95501

(800) 603-0836
Para Español, Ext. 2660, 2643 o 2772
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

DONALD DAVIS
6536 PUGH ST
NORFOLK VA  23513

Analysis Date: May 21, 2021                                                                                                                    Final
Property Address: 6536 PUGH STREET  NORFOLK, VA 23513                                                                  Loan:

**Annual Escrow Account Disclosure Statement**
**Account History**

This is a statement of actual activity in your escrow account from Feb 2021 to June 2021. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Jul 01, 2021: |
|---|---|---|
| Principal & Interest Pmt: | 794.73 | 794.73 ** |
| Escrow Payment: | 115.05 | 118.35 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $909.78 | $913.08 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Jun 01, 2021 |
| Escrow Balance: | 549.48 |
| Anticipated Pmts to Escrow: | 115.05 |
| Anticipated Pmts from Escrow (-): | 0.00 |
| Anticipated Escrow Balance: | $664.53 |

** The terms of your loan may result in changes to the monthly principal and interest payments during the year.

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|
| | | | | | Starting Balance | 0.00 | (25.77) |
| Feb 2021 | | 230.10 | | * | | 0.00 | 204.33 |
| Mar 2021 | | 115.05 | | * | | 0.00 | 319.38 |
| Apr 2021 | | 115.05 | | * | | 0.00 | 434.43 |
| May 2021 | | 115.05 | | * | | 0.00 | 549.48 |
| | | | | | Anticipated Transactions | 0.00 | 549.48 |
| Jun 2021 | | 115.05 | | | City/Town Tax | | 664.53 |
| | $0.00 | $690.30 | $0.00 | $0.00 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Last year, we anticipated that payments from your account would be made during this period equaling 0.00.  Under Federal law, your lowest monthly balance should not have exceeded 0.00 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

Analysis Date: May 21, 2021  Final
Borrower: DONALD DAVIS  Loan:

**Annual Escrow Account Disclosure Statement**
**Projections for Coming Year**

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
| | | | Starting Balance | 664.53 | 1,183.45 |
| Jul 2021 | 118.35 | | | 782.88 | 1,301.80 |
| Aug 2021 | 118.35 | | | 901.23 | 1,420.15 |
| Sep 2021 | 118.35 | | City/Town Tax | 1,019.58 | 1,538.50 |
| Oct 2021 | 118.35 | 1,420.16 | Homeowners Policy | (282.23) | 236.69 |
| Nov 2021 | 118.35 | | | (163.88) | 355.04 |
| Dec 2021 | 118.35 | | City/Town Tax | (45.53) | 473.39 |
| Jan 2022 | 118.35 | | | 72.82 | 591.74 |
| Feb 2022 | 118.35 | | | 191.17 | 710.09 |
| Mar 2022 | 118.35 | | City/Town Tax | 309.52 | 828.44 |
| Apr 2022 | 118.35 | | | 427.87 | 946.79 |
| May 2022 | 118.35 | | | 546.22 | 1,065.14 |
| Jun 2022 | 118.35 | | City/Town Tax | 664.57 | 1,183.49 |
| | $1,420.20 | $1,420.16 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)
Your escrow balance contains a cushion of 236.69. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed 236.69 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 664.53. Your starting balance (escrow balance required) according to this analysis should be $1,183.45. This means you have a shortage of 518.92. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to do nothing.

We anticipate the total of your coming year bills to be 1,420.16. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

Analysis Date: May 21, 2021  
Borrower: DONALD DAVIS  
Loan:  
Final

| **New Escrow Payment Calculation** | |
|---|---:|
| Unadjusted Escrow Payment | 118.35 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $118.35 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated.  Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**